No. 966. TEXAS CONSOLIDATED THEATRES, INC., v. PITTMAN. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Jos. W. Bailey, Jr.* for petitioner. No appearance for respondent.

No. 1004. MUTUAL BENEFIT, HEALTH & ACCIDENT ASSN. v. BOWMAN. May 31, 1938. See *ante,* p. 549.

No. 1030. OIL SHARES INC. v. COMMERCIAL TRUST CO. ET AL. See *ante,* p. 551.

Nos. 396 and 1053. KELLOGG CO. v. NATIONAL BISCUIT CO. May 31, 1938. See *post,* p. 586.

No. 674. SCHRIBER-SCHROTH CO. v. CLEVELAND TRUST CO. ET AL.;

No. 675. ABERDEEN MOTOR SUPPLY CO. v. SAME; and

No. 676. F. E. ROWE SALES CO. v. SAME. May 31, 1938. See *post,* p. 587.

No. 984. SHIELDS ET AL. v. UTAH IDAHO CENTRAL RAILROAD CO. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Jackson* and *Mr. Daniel W. Knowlton* for petitioners. *Messrs. J. H. DeVine* and *J. A. Howell* for respondent.

No. 1008. COLORADO NATIONAL BANK ET AL. v. COMMISSIONER OF INTERNAL REVENUE. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals